IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHOOL BOARD OF RSU22; HEATH MILLER, in his personal and official capacities,<br><br>　　　　Defendants. | Case No. 1:22-cv-00206-NT<br><br>**STIPULATION OF DISMISSAL** |

　　　The parties have resolved this matter through settlement, therefore pursuant to Federal Rule of Civil Procedure 41, Plaintiff Shawn McBreairty and Defendants School Board of RSU22 and Heath Miller, through undersigned counsel, stipulate and agree that the above-captioned action, including all claims and defenses asserted therein, is hereby dismissed with prejudice.

Dated: September 14, 2022.

/s/ Allison A. Economy
Allison A. Economy, Esq.
RUDMAN WINCHELL
84 Harlow Street – P.O. Box 1401
Bangor, ME 04402-1401
Tel: (207) 947-4501
Email: aeconomy@rudmanwinchell.com

Timothy A. Pease, Esq.
RUDMAN WINCHELL
84 Harlow Street – P.O. Box 1401
Bangor, ME 04402-1401
Tel: (207) 947-4501
Email: tpease@rudmanwinchell.com

*Attorney for Defendants*

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
Robert J. Morris II (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue, Gloucester MA, 01930
Tel: (702) 420-2001
Email: ecf@randazza.com

/s/ Brett D. Baber
Brett D. Baber, Bar No. 3143
Lanham Blackwell & Baber, PA
133 Broadway, Bangor, ME 04401
Tel: (207) 942-2898
Email: bbaber@lanhamblackwell.com

*Attorneys for Plaintiff*

Case No. 1:22-cv-00206-NT

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of September, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP